[No. 4313–II. Division Two. April 13, 1981.]

HERB T. MEAD, ET AL, *Appellants,* v. PIERCE COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 277275, E. Albert Morrison, J., entered October 5, 1979. *Remanded* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.

[No. 3991–II. Division Two. April 14, 1981.]

WALTER M. HACKETT, JR., ET AL, *Appellants,* v. JACK S. CYR, JR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 71617, Gerald B. Chamberlin, J., entered February 28, 1979. *Remanded with instructions* by unpublished opinion per Petrich, J., concurred in by Petrie, A.C.J., and Pearson, J.

[No. 3808–II. División Two. April 14, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL GEORGE MUXEN, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. C–6116, Gerry L. Alexander, J., entered August 1, 1978. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Pearson, J.

[No. 3724–0–III. Division Three. April 14, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD B. CROZIER, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 4423, B. J. McLean, J., entered October 12, 1979. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.